IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MELVIN SIMKO, Register No. 1035464, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-4148-CV-C-SOW |
| JILL McGUIRE, et al., | ) ) | |
| Defendants. | ) | |

### **ORDER**

On January 10, 2005, the United States Magistrate Judge recommended that plaintiff's motions for a temporary restraining order and preliminary injunction be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED plaintiff's motions for a temporary restraining order and preliminary injunction are denied [9, 10].

/s/

SCOTT O. WRIGHT
Senior United States District Judge

Dated: April 27, 2005
Kansas City, Missouri